UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NEAL GRUBERT, )<br>    Defendant. )<br>) | Criminal No: 21-cr-10001-NMG<br><br>***LEAVE TO FILE EXHIBITS UNDER SEAL REQUESTED ON 3/28/22*** |

## **EXHIBIT 1:**

Report of Investigation
*(FILED UNDER SEAL)*